UNITED STATES DISTRICT COURT

For the Eastern District of Wisconsin

NOV 2 0 2025

Olivia Johnson

Plaintiff

v.

Complaint

Case #

Gina Abadi, Hong Yi Zeng

Defendants

1. Defendants conspired together in violation of due process rights,

2. This Court has jurisdiction under federal law,

3. Plaintiff demands $1 Million against Defendants.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on: 11/7/25